**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| Tamika Miller, | : |
| Plaintiff, | : Civil Action No.:  8:14-cv-00554-JFM |
| v. | : |
| Financial Management Systems, Inc., | : |
| Defendant. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.  The Plaintiff hereby respectfully requests above-entitled Court to enter Rule 111 Order.

Dated: May 8, 2014

    Respectfully submitted,
    By /s/ Sergei Lemberg
    Sergei Lemberg, Esq.
    LEMBERG LAW L.L.C.
    A Connecticut Law Firm
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile:  (203) 653-3424
    ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Maryland Electronic Document Filing System (ECF) which sent notice of such filing to the following:

Erin O. Millar, Esq.
WHITEFORD, TAYLOR & PRESTON, LLP
7 St. Paul Street, 13th Floor
Baltimore, MD 21202
*Attorney for Defendant*

                                        By /s/ Sergei Lemberg
                                            Sergei Lemberg